THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jerrick Miguel Thomas, Appellant.
 
 
 

Appeal From Aiken County
 R. Ferrell Cothran, Jr., Circuit Court
Judge

Unpublished Opinion No. 2012-UP-105
 Submitted February 1, 2012  Filed
February 22, 2012    

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor J. Strom Thurmond, Jr., of Aiken,
 for Respondent.
 
 
 

PER CURIAM:  Jerrick
 Miguel Thomas appeals his sentence for first-degree burglary, arguing the
 circuit court abused its discretion in sentencing him when it failed to
 consider whether it had the option to suspend his sentence.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.